UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERVEST MORTGAGE
INVESTMENT COMPANY,

        Plaintiff,

    v.

KIP S. SKIDMORE and ILLA A.
JONES-SKIDMORE, husband and
wife; the ALASKA TRUST
COMPANY, et al.,

        Defendants.

NO. CIV. S-08-1543 LKK/DAD

O R D E R

Pending before the court are two motions for summary judgment, set to be heard on April 6, 2009. Due to court congestion, the hearing on the motions is CONTINUED to May 18, 2009. Oppositions or statements of non-opposition SHALL be filed and served not later than March 23, 2009. Replies, if any, SHALL be filed and served not later than March 30, 2009.

IT IS SO ORDERED.

DATED: March 11, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1