1 | CARL P. BLAINE (State Bar No. 65229)
Email: cblaine@wkblaw.com
2 | THOMAS B. SHERIDAN (State Bar No. 249306)
Email: tsheridan@wkblaw.com
3 | WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
4 | 10640 Mather Blvd., Suite 200
Mather, California 95655
5 | Telephone: 916.920.5286
Facsimile: 916.920.8608
6
Attorneys for Defendants and Counterclaimants
7 | KIP SKIDMORE and ILLA A. JONES-SKIDMORE
and ALASKA TRUST CO.
8
LESLIE R. WEATHERHEAD, admitted *pro hac vice*
9 | Email: LWLibertas@aol.com
GEANA M. VAN DESSEL, admitted *pro hac vice*
10 | Email: GMV@wkdtlaw.com
WITHERSPOON, KELLY, DAVENPORT & TOOLE, PS
11 | 422 W. Riverside Ave., Suite 1100
Spokane, Washington 99224
12 | Telephone: 509.624.5265
Facsimile: 509.458.2717
13
DOUGLAS L. HENDRICKS (CA SBN 83611)
14 | Email: DHendricks@mofo.com
GREGORY P. DRESSER (CA SBN 136532)
15 | Email: GDresser@mofo.com
REBEKAH E. KAUFMAN (CA SBN 213222)
16 | Email: RKaufman@mofo.com
MORRISON & FOERSTER LLP
17 | 425 Market Street
San Francisco, California 94105-2482
18 | Telephone: 415.268.7000
Facsimile: 415.268.7522
19
Attorneys for Plaintiff and Counter-Defendant
20 | Intervest Mortgage Investment Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| INTERVEST-MORTGAGE INVESTMENT COMPANY, | Civil Action No. 2:08-CV-01543 LKK-DAD |
|---|---|
| Plaintiff, | Date: May 18, 2009 (moved by the Court from April 6, 2009)<br>Time: 10:00 a.m.<br>Judge: Honorable Lawrence K. Karlton<br>Courtroom: 4 |
| v. | |
| KIP S. SKIDMORE and ILLA A. JONES-SKIDMORE, husband and wife; the ALASKA | **STIPULATION TO MODIFY** |

{02902.00600 / 00417639.RTF.1}      1

DEFENDANTS' MOTION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| TRUST COMPANY; THE CREST AT MEMORY LANE, LLC; HARRIS & SLOAN CONSULTING GROUP, INC.; CRAIG MEDLEY D/B/A CMJ CONSTRUCTION; KEVIN D. WOODY LANDSCAPE MAINTENANCE, INC.; DHC SUPPLIES INC.; BLAZIEK DRYWALL, INC.; SIERRA NATIONAL CONSTRUCTION, INC.; JAMES BUILDERS; VIRTUE MASONRY, INC.; WESTERN INSULATION LP; MC PAINTING, INC.; CANTRELL CONSTRUCTION, INC. D/B/A QUALITY DOOR & TRIM; THE SHERWIN WILLIAMS COMPANY; ANDERSON CUSTOM BUILDERS, INC.; RCR PLUMBING, INC. D/B/A RCR COMPANIES; and THUNDER MOUNTAIN ENTERPRISES, INC., Defendants. | **BRIEFING SCHEDULE ATTENDANT TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT; ORDER** |
| KIP S. SKIDMORE and ILLA A. JONES-SKIDMORE, Counterclaimants, v. INTERVEST-MORTGAGE INVESTMENT COMPANY, Counter-Defendants | |

Plaintiff Intervest-Mortgage Investment Company ("Intervest" or "plaintiff") and Defendants Kip S. Skidmore and Illa A. Jones-Skidmore ("Defendants"), by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, Intervest filed two motions for summary judgment on March 6, 2009, with the hearing set for April 6, 2009;

WHEREAS, on March 9, 2009, Defendants, by and through their counsel, Eric R. Garner, filed an application and request to continue hearing on plaintiff's motions for summary judgment contending, among other things, that Defendants and their counsel, Thomas Sheridan and Carl Blaine, were largely unavailable the succeeding two weeks because Defendants, and their counsel, were preparing for and would be in trial;

WHEREAS, based on the hearing date for plaintiff's two motions for summary judgment,

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendants' opposition is due, pursuant to local rule, on March 20, 2009;

2  WHEREAS, Intervest filed a response to Defendants' application on March 11, 2009;

3  WHEREAS, the Court issued an order on March 11, 2009, continuing the hearing on plaintiff's motions for summary judgment, "due to court congestion," to May 18, 2009, and further ordering that oppositions or statements for nonopposition shall be filed and served not later than March 23, 2009, and replies, if any, shall be filed and served not later than March 30, 2009;

WHEREAS, as set forth in Defendant's application and request to continue hearing on plaintiff's motions for summary judgment, Defendants are set for trial on March 16, 2009, in a matter styled *Mark Garay, et al. v. Skidmore*, *et al.*, San Francisco County Superior Court Case No. CGL-08-472479. This trial is scheduled for seven days. As of the date this stipulation is filed with the Court, the Garay/Skidmore dispute had not been settled;

WHEREAS, counsel for Defendants in the *Garay/Skidmore* trial are Thomas Sheridan and Carl Blaine. Mr. Sheridan and Mr. Blaine are also the lawyers responsible for litigating and trying the instant action. Accordingly, neither the Defendants nor Messrs. Sheridan and Blaine are available to review, analyze and oppose plaintiff's motions for summary judgment;

WHEREAS, other counsel for Defendants, Eric R. Garner, who is only tangentially involved in the instant action, is the only lawyer available to oppose plaintiff's motions for summary judgment, but he is set for depositions in another matter in which the Defendants are parties, which depositions are set for March 13, March 16, and one of the three days between March 17 and March 19 of 2009;

WHEREAS, counsel for Intervest and Defendants spoke by phone on March 11, 2009, concerning Defendants' and their counsels' conflict *vis-a-vis* opposing plaintiff's two motions for summary judgment and have agreed to a modification of the extant briefing schedule.

///
///
///
///
///

{02902.00600 / 00417639.RTF.1}     3
DEFENDANTS' MOTION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

ACCORDINGLY, Intervest and Defendants, by and through their respective counsel, hereby agree and stipulate that Defendants' opposition to plaintiff's two motions for summary judgment can be filed with the court on or before April 10, 2009, with Intervest's reply being due on or before April 27, 2009. In addition, the parties, by and through their respective counsel, hereby agree that service of the opposition and the replies may be accomplished solely by their electronic filing with the Court.

      /s/ Eric R. Garner
ERIC R. GARNER
Attorneys for Defendants
KIP SKIDMORE
ILLA JONES-SKIDMORE
ALASKA TRUST COMPANY

      /s/ Gregory P. Dresser
GREGORY P. DRESSER
Morrison & Foerster LLP
Attorneys for Plaintiff
INTERVEST MORTGAGE INVESTMENT COMPANY

GOOD CAUSE HAVING BEEN SHOWN, and based on the parties' stipulation, the Court hereby modifies its order of March 11, 2009, and orders that opposition or statements of opposition to plaintiff's motions for summary judgment SHALL be filed and served not later than April 10, 2009. Replies, if any, SHALL be filed and served not later than April 27, 2009. Service of the opposition and the replies may be accomplished solely by their electronic filing with the Court.

IT IS SO ORDERED.

DATED: March 13, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

{02902.00600 / 00417639.RTF.1}     4
DEFENDANTS' MOTION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com