LESLIE R. WEATHERHEAD, admitted *pro hac vice*
Email: LWLibertas@aol.com
GEANA M. VAN DESSEL, admitted *pro hac vice*
Email: GMV@wkdtlaw.com
WITHERSPOON, KELLEY, DAVENPORT & TOOLE, PS
422 W. Riverside Ave., Suite 1100
Spokane, Washington  99224
Telephone:  509.624.5265
Facsimile:   509.458.2717

DOUGLAS L. HENDRICKS (CA SBN 83611)
Email: DHendricks@mofo.com
GREGORY P. DRESSER (CA SBN 136532)
Email: GDresser@mofo.com
REBEKAH E. KAUFMAN (CA SBN 213222)
Email: RKaufman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiff/Counter-Defendant
INTERVEST-MORTGAGE INVESTMENT COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERVEST-MORTGAGE INVESTMENT COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>KIP S. SKIDMORE and ILLA A. JONES-SKIDMORE, husband and wife; the ALASKA TRUST COMPANY; THE CREST AT MEMORY LANE, LLC; HARRIS & SLOAN CONSULTING GROUP, INC.; CRAIG MEDLEY D/B/A CMJ CONSTRUCTION; KEVIN D. WOODY LANDSCAPE MAINTENANCE, INC.; DHC SUPPLIES INC.; BLAZIEK DRYWALL, INC.; SIERRA NATIONAL CONSTRUCTION, INC.; JAMES BUILDERS; VIRTUE MASONRY, INC.; WESTERN INSULATION LP; MC PAINTING, INC.; CANTRELL CONSTRUCTION, INC. D/B/A QUALITY DOOR & TRIM; THE SHERWIN WILLIAMS COMPANY; ANDERSON CUSTOM BUILDERS, INC.; RCR PLUMBING, INC. D/B/A RCR COMPANIES; THUNDER MOUNTAIN ENTERPRISES, INC.; and TRIMM'S SCAFFOLDING,<br><br>            Defendants. | Case No.  08-CV-01543-LKK-DAD<br><br>**ORDER REGARDING WRIT OF ATTACHMENT**<br><br>Judge:       Honorable Lawrence K. Karlton<br>Courtroom: 4 |

[PROPOSED] ORDER REGARDING WRIT OF ATTACHMENT
Case No.  08-CV-01543-LKK-DAD
sf-2697041

PDF created with pdfFactory trial version www.pdffactory.com

KIP S. SKIDMORE and ILLA A. JONES-SKIDMORE,

        Counterclaimants,

  v.

INTERVEST-MORTGAGE INVESTMENT COMPANY,

        Counter-Defendant.

[PROPOSED] ORDER REGARDING WRIT OF ATTACHMENT
Case No.  08-CV-01543-LKK-DAD
sf-2697041

PDF created with pdfFactory trial version www.pdffactory.com

1   Pursuant to California Code of Civil Procedure section 484.090 and the Court's Order
2 dated December 18, 2008, granting plaintiff Intervest-Mortgage Investment Company's
3 ("Intervest") motion for right to attach, the Court hereby orders the Office of the Clerk of the
4 United States District Court for the Eastern District of California to issue, upon the filing of an
5 undertaking by Intervest as provided by sections 489.210 and 489.220 of the California Code of
6 Civil Procedure, the Writ of Attachment filed by Intervest in the above-captioned matter on June
7 5, 2009.
8   IT IS SO ORDERED.

10   Dated:   June 10, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER REGARDING WRIT OF ATTACHMENT
Case No.  08-CV-01543-LKK-DAD
sf-2697041

1

PDF created with pdfFactory trial version www.pdffactory.com